*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 14, 2015                    519629
_____

In the Matter of BRAD
    McCASKELL,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION,
                        Respondent.
_____

Calendar Date:   March 31, 2015

Before:   Lahtinen, J.P., McCarthy, Lynch and Devine, JJ.

                    _____

        Brad McCaskell, Gouverneur, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a disciplinary determination finding him guilty of
violating various prison disciplinary rules.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record, and the
mandatory $5 surcharge has been refunded to petitioner's inmate
account.  The record establishes that the penalty imposed
included loss of good time and, although not referenced in the

Attorney General's letter, "we note that any loss of good time incurred by petitioner as a result of the determination should be restored" (Matter of Hayes v Annucci, 122 AD3d 992, 992 [2014] [internal quotation marks and citation omitted]).  In view of this, and given that petitioner has otherwise received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of Ramos v Department of Corr. & Community Supervision, 123 AD3d 1215, 1216 [2014]).

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court